IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| BONNIE HEATHER MILLER, ROBERT WILLIAM ALLEN, ADELLA DOZIER GRAY, and ARKANSAS VOTERS FIRST,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOHN THURSTON, in his official capacity as Secretary of State of Arkansas,<br><br>*Defendant.* | Case No. 5:20-cv-05070-PKH<br><br>Hon. Paul K. Holmes, III |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs file this Notice of Supplemental Authority to alert the Court of the decision (attached as Ex. 1), in *Thompson v. DeWine*, No. 2:20-cv-02129-EAS-CMV (S.D. Ohio May 19, 2020). Yesterday, the *Thompson* court granted a preliminary injunction in favor of plaintiffs seeking to place initiatives and constitutional amendments on the November ballot. Slip Op. at 1. The court rejected Ohio's argument that the wet ink signature, witnessing, and submission deadlines for ballot initiatives involved only mechanics of the initiative process, not protected First Amendment activity that would apply to candidate ballot access, *id.* at 15-20, and concluded that as-applied to the particular plaintiffs in the case during the COVID-19 pandemic, those requirements were a severe burden under the *Anderson-Burdick* framework not justified by sufficient state interests, *id.* at 25-35. The court enjoined the wet ink signature, witnessing, and deadline requirements for the ballot initiatives, and ordered the parties to confer about an appropriate remedy. *Id.* at 38-40.

1

Respectfully submitted,

Ruth Greenwood*  
CAMPAIGN LEGAL CENTER  
125 Cambridgepark Drive  
Cambridge, MA 02140  
rgreenwood@campaignlegal.org  
(202) 560-0590  

Annabelle E. Harless*  
CAMPAIGN LEGAL CENTER  
55 W. Monroe St., Ste. 1925  
Chicago, IL 60603  
(312) 312-2885  
aharless@campaignlegal.org  

David A. Couch  
DAVID A. COUCH, PLLC  
1501 North University Ave  
Suite 228  
Little Rock, AR 72207  
(501) 661-1300  
arhog@icloud.com  

/s/ Mark P. Gaber  
Robert Weiner*  
Mark Gaber*  
Christopher Lamar*  
CAMPAIGN LEGAL CENTER  
1101 14th Street NW, Suite 400  
Washington, DC 20005  
(202) 736-2200  
rweiner@campaignlegal.org  
mgaber@campaignlega.org  
clamar@campaignlegal.org  

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on May 20, 2020 the foregoing was served on all counsel of record through the Court's CM/ECF system.

/s/ Mark P. Gaber
Mark P. Gaber

*Counsel for Plaintiffs*