# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2095
_____

Bonnie Heather Miller; Robert William Allen; Adella Dozier Gray; Arkansas Voters First

Plaintiffs - Appellees

v.

John Thurston, in his official capacity as Secretary of State of Arkansas

Defendant - Appellant

------------------------------

Honest Elections Project; State of Ohio; State of Alabama; State of Alaska; State of Arizona; State of Indiana; State of Kentucky; State of Nebraska; State of North Dakota; State of Texas; State of Oklahoma; State of South Dakota; Arkansas State Chamber of Commerce

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:20-cv-05070-PKH)
_____

**JUDGMENT**

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed in accordance with the opinion of this court.

July 23, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans